# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 23, 2015

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re: Redha al-Najar
        v. Ashton B. Carter, Secretary of Defense, et al.
        No. 14-6575
        (Your No. 12-5401)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petitions in this case and in case No. 14-148 seek review of the judgments of the United States Court of Appeals for the District of Columbia Circuit in Al-Najar v. Obama, No. 12-5401 (CADC 2013), and Amanatullah v. Obama, No. 12-5407 (CADC 2013). They do not seek review of the judgments in Al Maqaleh v. Hagel, No. 12-5404 (CADC 2013), or Al Bakri v. Obama, No. 12-5399 (CADC 2013), which were consolidated with petitioners' appeals. Subsequent to the decisions of the court below, petitioners were transferred from the custody of the United States to the custody of other nations. As a result, these cases have become moot. We therefore grant the petitions and vacate the judgments of the Court of Appeals with respect to these petitioners. See United States v. Munsingwear, 340 U. S. 36 (1950); Al-Marri v. Spagone, 555 U. S. 1220 (2009). The motion of petitioner for leave to proceed *in forma pauperis* is granted. Justice Kagan took no part in the consideration or decision of this motion and these petitions.

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk